UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN CHRISTOPHER MILLER,

    Plaintiff,

v.                               Case No.: 8:12-cv-02071-T-27TGW

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 18) from the Magistrate Judge recommending that the decision of the Commissioner of Social Security be affirmed. No objections have been filed, and the time for filing such objections has now elapsed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation

(Dkt. 18) is APPROVED and ADOPTED for all purposes, including for appellate review. The decision of the Commissioner of Social Security is AFFIRMED. The Clerk is directed to ENTER final judgment in favor of Defendant Carolyn W. Colvin, Commissioner of Social Security, and to CLOSE the file.

**DONE AND ORDERED** this 22nd day of October, 2013.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record